IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSEPH DINGLER, <br> Institutional ID No. 0998964 | § § § § § | |
| Petitioner, | § | |
| VS. | § § | Civil Action No. 4:23-cv-865-O |
| D'ANDREA COOPER, *et al.*, | § § § | |
| Respondents. | § | |

## FINAL JUDGMENT

In accordance with the Court's order of dismissal entered this day, it is the final judgment of the Court that Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this **17th day** of **January, 2024.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**